**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 18-1643

BISMARK KWAKU TORKORNOO,

Plaintiff - Appellant,

v.

STATE OF MARYLAND; ATTORNEY GENERAL OF MARYLAND Brian E.
Frosh; NANCY K. KOPP, Treasurer,

Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Greenbelt.
George Jarrod Hazel, District Judge.  (8:17-cv-02830-GJH)

Submitted:  August 23, 2018                          Decided:  August 27, 2018

Before DUNCAN and FLOYD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Bismark Kwaku Torkornoo, Appellant Pro Se.  Kevin Michael Cox, OFFICE OF THE
ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Bismark Kwaku Torkornoo appeals the district court's order denying relief on his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Torkornoo v. Maryland*, No. 8:17-cv-02830-GJH (D. Md., filed May 11, 2018; entered May 14, 2018). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*